# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Carlotta Taylor v. Chris L. Smith, Executive Transportation, Inc.

| | |
|---|---|
| Case Number | 15D02-2006-CT-000016 |
| Court | Dearborn Superior Court 2 |
| Type | CT - Civil Tort |
| Filed | 06/01/2020 |
| Status | 06/01/2020 , Pending  (active) |

## Parties to the Case

**Defendant   Smith, Chris L.**

| | |
|---|---|
| Address | 224 E. 3rd Street<br>Silver Grove, KY 41085 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Chase Montgomery Parker<br>*#3533171, Retained*<br><br>Kightlinger & Grey, LLC<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania St<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Defendant   Executive Transportation, Inc.**

| | |
|---|---|
| Address | Tamara Bravo<br>1810 Monmouth Street<br>Newport, KY 41071 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Chase Montgomery Parker<br>*#3533171, Retained*<br><br>Kightlinger & Grey, LLC<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania St<br>Indianapolis, IN 46204<br>317-638-4521(W) |

| Plaintiff | Taylor, Carlotta |
|---|---|
| Attorney | John Lewis Smith |
| | *#2692131, Retained* |
| | Morgan & Morgan |
| | 611 East Spring Street |
| | New Albany, IN 47150 |
| | 812-542-0048(W) |

## Chronological Case Summary

**06/01/2020 Case Opened as a New Filing**

**06/01/2020 Complaint/Equivalent Pleading Filed**
Complaint

| Filed By: | Taylor, Carlotta |
|---|---|
| File Stamp: | 06/01/2020 |

**06/01/2020 Appearance Filed**
Appearance

| For Party: | Taylor, Carlotta |
|---|---|
| File Stamp: | 06/01/2020 |

**06/01/2020 Subpoena/Summons Filed**
Summons for Chris Smith

| Filed By: | Taylor, Carlotta |
|---|---|
| File Stamp: | 06/01/2020 |

**06/01/2020 Subpoena/Summons Filed**
Summons for Executive Transportation

| Filed By: | Taylor, Carlotta |
|---|---|
| File Stamp: | 06/01/2020 |

**06/08/2020 Appearance Filed**
Appearance of Erin Clancy and Chase Parker

| For Party: | Smith, Chris L. |
|---|---|
| For Party: | Executive Transportation, Inc. |
| File Stamp: | 06/08/2020 |

**06/08/2020 Motion Filed**
Motion for Extension of Time

| Filed By: | Smith, Chris L. |
|---|---|
| Filed By: | Executive Transportation, Inc. |
| File Stamp: | 06/08/2020 |

**06/09/2020 Order Granting Motion for Enlargement of Time**

| Judicial Officer: | Tandy, Jack A - SR |
|---|---|
| Order Signed: | 06/09/2020 |

**06/10/2020 Automated ENotice Issued to Parties**
Order Granting Motion for Enlargement of Time ---- 6/9/2020 : Chase Montgomery Parker;Erin A Clancy;John Lewis Smith

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Taylor, Carlotta
Plaintiff

Balance Due (as of 06/29/2020)
**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2020 | Transaction Assessment | 157.00 |
| 06/01/2020 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

IN THE DEARBORN CIRCUIT COURT
STATE OF INDIANA

CARLOTTA TAYLOR
    Plaintiff

CASE NO. _____

CHRIS L. SMITH

and

EXECUTIVE TRANSPORTATION, INC.
    Defendants

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>   Responding _____   Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Carlotta Taylor, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____
   _____

   Telephone # of party _____

   FAX: _____

   Email Address:_____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>John L. Smith</u>  Atty Number: <u>#26921-31</u>
   Address: <u>Morgan & Morgan, 611 East Spring Street, New Albany, IN 47150</u>

Page **1** of 3

     Phone: <u>(812) 850-6850</u>

     FAX:<u> (812) 941-4026</u>

     Email Address: <u>johnsmith@forthepeople.com</u>

     *(List on continuation page additional attorneys appearing for above party)*

3.   This is a <u>CT </u>case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

    FAX at the above noted number:  Yes _____  No <u>X</u>

    Email at the above noted number:  Yes _____  No <u>X</u>

5. *This case involves child support issues. Yes _____ No <u>X</u>  (If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

| | |
|---|---|
| _____ | Attorney's address |
| _____ | The Attorney General Confidentiality program address |
| address is | (contact the Attorney General at 1-800-321-1907 or e-mail **confidential@atg.in.gov**). |
| _____ | Another address (provide) |

_____

7. This case involves a petition for involuntary commitment.  Yes _____  No <u>X</u>

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:

    (i)    Date of Birth _____

    (ii)   Driver's License Number _____

           State where issued _____ Expiration date _____

    (iii)  State ID number _____

           State where issued _____ Expiration date _____

    (iv)  FBI number _____

    (v)   Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

9. There are related cases: Yes \_\_\_\_ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    _____

11. There are other party members: Yes \_\_\_\_ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
        Yes\_\_\_ No X

                                      <u>*s/ John L. Smith*</u>
                                      John L. Smith 26921-31
                                      Morgan & Morgan
                                      611 East Spring Street
                                      New Albany, IN 47150
                                      812-850-6850 (t)
                                      812-941-4026 (f)
                                      johnsmith@forthepeople.com
                                      *Counsel for Plaintiff*

IN THE DEARBORN CIRCUIT COURT
STATE OF INDIANA

CARLOTTA TAYLOR
    Plaintiff

v.                                       CASE NO. _____

CHRIS L. SMITH

and

EXECUTIVE TRANSPORTATION, INC.
    Defendants

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Carlotta Taylor, by counsel, and for her cause of action against the Defendants Chris L. Smith and Executive Transportation, Inc., states as follows:

1. At all relevant times, Plaintiff was a resident of Hamilton, Ohio.

2. At all relevant times, Defendant Chris L. Smith was a resident of Silver Grove, Commonwealth of Kentucky.

3. At all relevant times, the Defendant, Executive Transportation, Inc. was a Kentucky Corporation authorized to do business and is doing business in the State of Indiana and employed Defendant Chris L. Smith.

4. The events described in this Complaint occurred in Dearborn County, Indiana and this Court has proper venue in this action.

## COUNT I

5. On or about April 8, 2019, Carlotta Taylor was operating her motor vehicle on I-275 North in Dearborn County, Indiana, when Defendant Chris L. Smith negligently and carelessly operated his motor vehicle and caused a serious collision with Plaintiff's

vehicle.

6. As a direct and proximate result of the negligence of Defendant, Plaintiff sustained serious bodily injury.

7. As a direct and proximate result of the bodily injury sustained, Plaintiff has incurred and will continue to incur medical bills and expenses, and has experienced and will continue to experience physical and mental pain, suffering, inconvenience, and lost wages.

## COUNT II

8. On or about the aforementioned dated, the Defendant, Executive Transportation, Inc. was the owner of the vehicle driven by Defendant Chris L. Smith that was involved in the subject collision.

9. At all times relevant, Defendant Chris L. Smith was employed by, and acting within the scope of his employment as an employee for Defendant Executive Transportation, Inc. or one of its agents, subsidiaries, distributorships, or owned businesses or companies, or corporations, and thereby causing the aforementioned Defendant Executive Transportation, Inc. to be either directly or vicariously liable for the injuries caused to Plaintiff.

10. As a direct and proximate result of the acts and conduct of Defendant, Executive Transportation, Inc., the Plaintiff sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; and has suffered and will continue the suffer physical pain and inconvenience; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

11. The negligence of Defendant Executive Transportation, Inc. or one of its

employees acting within the scope of their employment, agents, subsidiaries, owned business, companies or corporations in their driving operations and/or their acts and/or omissions being otherwise negligent are the direct and proximate cause of all damages suffered by Plaintiff, or are substantial cause in causing the same.

**WHEREFORE**, Plaintiff, Carlotta Taylor, demands relief against Defendants Chris L. Smith and Executive Transportation, Inc. as follows:

1. Judgment against the Defendants for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiff for her damages, to include the following:

    a. Past and future medical expenses;

    b. Past and future physical and mental pain and suffering, to include inconvenience;

    c. Lost Wages.

2. Costs herein expended;

3. **Trial by jury**;

4. Any and all interest to which the Plaintiff may be adjudicated to be entitled to from the date of filing this action; until paid; and

5. Any and all other appropriate relief to which the Plaintiff may appear to be justly entitled.

Respectfully submitted,

*/s/ John L. Smith*

_____
John L. Smith           #26921-31
Morgan & Morgan
611 E. Spring Street
New Albany, IN  47150
812.850.6850 (t)
812.941.4026 (f)
*Counsel for Plaintiff*

Comes now Plaintiff, Carlotta Taylor, and demands a trial by jury on all issues so triable.

*/s/ John L. Smith*

_____
John L. Smith           #26921-31

Case 4:20-cv-00147-TWP-DML   Document 1-1   Filed 06/30/20   Page 12 of 18 PageID #: 17

15D02-2006-CT-000060
Dearborn Superior Court 2

Filed: 6/17/2020 1:20 PM
Clerk
Dearborn County, Indiana

# IN THE DEARBORN CIRCUIT COURT
# STATE OF INDIANA

CARLOTTA TAYLOR
    Plaintiff

CASE NO. _____

CHRIS L. SMITH

and

EXECUTIVE TRANSPORTATION, INC.
    Defendants

## SUMMONS

THE STATE OF INDIANA TO:   Executive Transportation, Inc.
    Tamara Bravo
    1810 Monmouth Street
    Newport, KY 41071

    You have been sued by the Plaintiff in the Court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

    You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

    If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

    It is suggested that you immediately consult an attorney of your choice regarding this matter.

    The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __JUNE 1__, 2020

_____
CLERK, DEARBORN COUNTY

[SEAL: DEARBORN COUNTY INDIANA]

Case 4:20-cv-00147-TWP-DML   Document 1-1   Filed 06/30/20   Page 13 of 18 PageID #: 16

15D02-2006-CT-000060
Dearborn Superior Court 2

Filed: 6/1/2020 1:20 PM
Clerk
Dearborn County, Indiana

# IN THE DEARBORN CIRCUIT COURT
# STATE OF INDIANA

CARLOTTA TAYLOR
    Plaintiff

CASE NO. _____

CHRIS L. SMITH

and

EXECUTIVE TRANSPORTATION, INC.
    Defendants

## SUMMONS

THE STATE OF INDIANA TO:    Chris L. Smith
224 E. 3rd Street
Silver Grove, KY 41085

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __JUNE 1__, 2020

_____
CLERK, DEARBORN COUNTY

[SEAL: DEARBORN COUNTY INDIANA]

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEARBORN COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF DEARBORN | ) | CAUSE NO. 15D02-2006-CT-000016 |

CARLOTTA TAYLOR,                )
                                )
    Plaintiff,               )
                                )
vs.                             )
                                )
CHRIS L. SMITH AND              )
EXECUTIVE TRANSPORTATION, INC., )
                                )
    Defendants.             )

## APPEARANCE FORM (CIVIL)
## RESPONDING PARTY

1.     Please enter my appearance for:

    **CHRIS L. SMITH AND EXECUTIVE TRANSPORTATION, INC.**

2.     Attorney information (as applicable for service of process):

| | | |
|---|---|---|
| Name: | Erin A. Clancy | Atty. Number: 21962-49 |
| | Chase M. Parker | Atty. Number: 35331-71 |
| Address: | Kightlinger & Gray, LLP | Phone: 317/638-4521 |
| | 211 N. Pennsylvania Street | FAX:   317/636-5917 |
| | Suite 300 | Computer address: |
| | Indianapolis, Indiana  46204 | eclancy@k-glaw.com |
| | | cparker@k-glaw.com |

3.     Will responding party accept FAX service:  Yes ____ No  X

4.     Additional information required by state or local rule:

1

                                                          KIGHTLINGER & GRAY, LLP

                               By:    */s/Erin A. Clancy*
                                          Erin A. Clancy, I.D. No. 21962-49
                                          Chase M. Parker, I.D. No. 35331-71
                                          *Attorney for Defendants, Chris L. Smith and Executive Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of June, 2020, the foregoing was electronically filed with the Dearborn County Circuit Court and was served – through the Court's E-Filing system – on the following:

    John L. Smith
    Morgan & Morgan
    611 E. Spring Street
    New Albany, IN 47150
    Johnsmith@forthepeople.com
    *Counsel for Plaintiff*

                                                            */s/Erin A. Clancy*
                                                           Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

| STATE OF INDIANA | ) | IN THE DEARBORN COUNTY CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF DEARBORN | ) | CAUSE NO. 15D02-2006-CT-000016 |

CARLOTTA TAYLOR,                )
                                )
    Plaintiff,                 )
                                )
vs.                             )
                                )
CHRIS L. SMITH AND              )
EXECUTIVE TRANSPORTATION, INC., )
                                )
    Defendants.                )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Chris L. Smith and Executive Transportation, Inc. ("Defendants"), by counsel, respectfully moves the Court for an extension of time of 30 days up to and including July 24, 2020, in which to file a responsive pleading to Plaintiff's Complaint. In support of said Motion, Defendants show the Court:

1. That Plaintiff's Complaint was filed with the Court on June 1, 2020; thereby making Defendants' response due no earlier than June 24, 2020.

2. Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including July 24, 2020, within which to answer or otherwise respond to Plaintiff's Complaint.

3. This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint.

4. Counsel for Defendants contacted counsel for Plaintiff who has no objection to the filing of this Motion.

WHEREFORE, Defendants Chris L. Smith and Executive Transportation, Inc., pray that the time for filing a responsive pleading to the Plaintiff's Complaint be extended for a period of thirty (30) days, up to and including July 24, 2020.

KIGHTLINGER & GRAY, LLP

By: /s/Erin A. Clancy_____
Erin A. Clancy, I.D. No. 21962-49
Chase M. Parker, I.D. No. 35331-71
*Attorney for Defendants, Chris L. Smith and Executive Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020, the foregoing was electronically filed with the Dearborn County Circuit Court and was served – through the Court's E-Filing system – on the following:

John L. Smith
Morgan & Morgan
611 E. Spring Street
New Albany, IN 47150
Johnsmith@forthepeople.com
*Counsel for Plaintiff*

/s/Erin A. Clancy_____
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

777777\60263197-1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEARBORN COUNTY ~~CIRCUIT~~ SUPERIOR COURT **2** |
| | ) SS: | |
| COUNTY OF DEARBORN | ) | CAUSE NO. 15D02-2006-CT-000016 |

| | |
|---|---|
| CARLOTTA TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRIS L. SMITH AND | ) |
| EXECUTIVE TRANSPORTATION, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON EXTENSION OF TIME**

This cause came before the Court upon the Motion of the Defendants for a Motion for Extension of Time to respond to Plaintiff's Complaint.

The Court, having considered said Motion and, being duly advised in the premises, now GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants Chris L. Smith and Executive Transportation, Inc., may have an extension of time of thirty (30) days, up to and including July 24, 2020, within which to answer or otherwise plead to Plaintiff's Complaint.

DATED: 6/9/2020

Senior Judge, Dearborn County ~~Circuit~~ Superior Court 2

Distribution to:

| | |
|---|---|
| John L. Smith<br>Morgan & Morgan<br>611 E. Spring Street<br>New Albany, IN 47150<br>Johnsmith@forthepeople.com<br>*Attorney for Plaintiff* | Erin A. Clancy<br>Chase M. Parker<br>KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>eclancy@k-glaw.com<br>cparker@k-glaw.com<br>*Attorney for Defendant* |

777777\60263202-1