THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CARLOTTA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 4:20-cv-00147-TWP-DML |
| ) | |
| CHRIS L. SMITH AND ) | |
| EXECUTIVE TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal, it is ordered that the above-entitled cause be dismissed, with prejudice, costs paid.

Date: 4/28/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via CM/ECF

200452\62017974-1